STATE of Missouri, Respondent,

v.

Pidy TIGER, Appellant.

No. WD 61633.

Missouri Court of Appeals,
Western District.

Jan. 20, 2004.

Jeremiah W. (Jay) Nixon, Atty. Gen., Patrick T. Morgan, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Sarah Weber Patel, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant.

Before HOWARD, P.J., and LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Pidy Tiger appeals from his conviction of first-degree robbery and armed criminal action. Tiger claims the trial court plainly erred in failing to instruct the jury on second-degree robbery. Tiger argues that he presented evidence providing the jury a basis for acquitting him of first-degree

robbery and convicting him of the lesser-included offense of second-degree robbery.

Affirmed. Rule 30.25(b).